NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

2020 KA 0524

STATE OF LOUISIANA

VERSUS

DREVEON MCNAIR

Judgment Rendered:  FEB 2 2 2021

Appealed from the
Nineteenth Judicial District Court
In and for the Parish of East Baton Rouge
State of Louisiana
Docket Number 06-18-0133

Honorable Bonnie Jackson, Judge Presiding

\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Hillar C. Moore, III<br>Dylan Alge<br>Baton Rouge, LA | Counsel for Appellee,<br>State of Louisiana |
| Prentice L. White<br>Baton Rouge, LA | Counsel for Defendant/Appellant,<br>Dreveon McNair |

\*\*\*\*\*\*\*\*\*\*\*\*\*

BEFORE:  WHIPPLE, C.J., WELCH, AND CHUTZ, JJ.

**WHIPPLE, C.J.**

The defendant, Dreveon McNair, was charged by grand jury indictment with second degree murder, a violation of LSA-R.S. 14:30.1.[1] The defendant pled not guilty. The defendant subsequently withdrew his not guilty plea and, at a Boykin hearing, entered a best interest guilty plea to the responsive offense of manslaughter, a violation of LSA-R.S. 14:31. See Boykin v. Alabama, 395 U.S. 238, 242-43, 89 S. Ct. 1709, 1712, 23 L. Ed. 2d 274 (1969). See also North Carolina v. Alford, 400 U.S. 25, 91 S. Ct. 160, 27 L. Ed. 2d 162 (1970). The defendant was sentenced to thirty years imprisonment at hard labor. The defendant now appeals. We affirm the defendant's conviction and sentence.

## FACTS

Because the defendant pled guilty, the facts were not fully developed. At the Boykin hearing, the following information was provided:

> ... On [or about] February 22, 2018 ... Dreveon McNair made contact with the victim the decedent [Rigoberto Velasquez-Acosta]; some type of altercation ensued, at which point Mr. Dreveon McNair got on top of the decedent; according to the witnesses he suffocated the decedent with his hand ... in addition, the witness identified Mr. Dreveon McNair having his hand around the throat of the decedent. ... [T]he witness observed Mr. Dreveon McNair suffocating the decedent at which point his sister, Miracle McNair, got a kitchen knife out of the kitchen of the apartment, went outside and stabbed the victim. ...

## ISSUE PRESENTED

Appellate counsel for the defendant has filed a motion to withdraw from the case. In accordance with the procedures outlined in Anders v. State of California, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967); State v. Jyles, 96-2669 (La. 12/12/97), 704 So. 2d 241 (per curiam); and State v. Benjamin, 573 So. 2d 528 (La. App. 4th Cir. 1990), appellate counsel has filed a supporting brief to the motion to withdraw, averring that after a conscientious and thorough review of the record, he has found no nonfrivolous issues for appeal and no ruling of the trial court that

---

[1] The co-defendant in this matter was the defendant's sister, Miracle McNair.

2

arguably supports an appeal.

Appellate counsel has notified the defendant of the filing of this motion and informed him of his right to file a *pro se* brief. The defendant has not filed a *pro se* brief with this court.

This court has performed an independent, thorough review of the pleadings, minute entries, bill of information, and transcripts in the appeal record. The defendant was properly charged by grand jury indictment with second degree murder; and he subsequently pled guilty, after being fully informed of his rights, to an amended charge of manslaughter. Upon indictment, a true bill was returned, signed by the grand jury foreperson and assistant district attorney. The defendant was present and represented by counsel at arraignment, sentencing, and the guilty plea. The sentence imposed is legal in all respects. See Benjamin, 573 So. 2d at 531.

This court routinely reviews the record for error under LSA-C.Cr.P. art. 920(2), whether or not such a request is made by a defendant or defense counsel. Under LSA-C.Cr.P. art. 920(2), we are limited in our review to errors discoverable by a mere inspection of the pleadings and proceedings without inspection of the evidence. After a careful review of the record in these proceedings, we have found no reversible errors. See State v. Price, 2005-2514 (La. App. 1st Cir. 12/28/06), 952 So. 2d 112, 123-25 (en banc), writ denied, 2007-0130 (La. 2/22/08), 976 So. 2d 1277.

Our independent review reveals no nonfrivolous issues that arguably support this appeal. Accordingly, the defendant's conviction and sentence are affirmed. Appellate counsel's motion to withdraw is hereby granted.

**CONVICTION AND SENTENCE AFFIRMED; MOTION TO WITHDRAW GRANTED.**

3